STEINER ET AL., APPELLANTS, *v.* GANLEY TOYOTA–
MERCEDES BENZ ET AL., APPELLEES.

[Cite as *Steiner v. Ganley Toyota–Mercedes Benz,*
99 Ohio St.3d 211, 2003-Ohio-3139.]

(No. 2002–1216—Submitted June 4, 2003—Decided July 2, 2003.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Armstrong v. Best Buy Co., Inc.,* 99 Ohio St.3d 79, 2003-Ohio-2573, 788 N.E.2d 1088.

MOYER, C.J., RESNICK, F.E. SWEENEY, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

PFEIFER, J., dissents.

O'DONNELL, J., not participating.

———

Buckingham, Doolittle & Burroughs, L.L.P., and David P. Bertsch, for appellants.